**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION**

**RODNEY D. ADKISON,**

**Petitioner,**

**v.** **Case No. 5:26-cv-124-AW-MAF**

**RICHARD COMERFORD, Secretary, Florida Department of Corrections,**

**Respondent.**

_________________________________/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Petitioner has not complied with a court order, and he has not objected to the magistrate judge's report and recommendation (ECF No. 6), which recommends dismissal on that basis. It appears Petitioner has abandoned his case.

I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with a court order and failure to prosecute." The clerk will then close the file.

SO ORDERED on August 19, 2026.

s/ *Allen Winsor*
Chief United States District Judge